EVEQUE, NINA

10-10679

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

| Case | Debtor |
|---|---|
| 10-10679 B | EVEQUE, NINA |
| 92005074886266 | |
| COMBINED SMALL CHECK | |

VOID AFTER 90 DAYS　102
60-249/433
9825

TID #380020
DAVID V. ADLER
P.O. BOX 55129
METAIRIE LA 70055

Date 02/02/2011　　$ ***********1.51

~~~One Dollar and 51/100

Pay to the Order of  U.S. Bankruptcy Court

*David V. Adler* (signature)
DAVID V. ADLER, Trustee

⑈000000102⑈ ⑆043302493⑆ 92005074886266⑈

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

\# 228190　- JN
\*\*COPY\*\*
February 09, 2011
11:07:38

UNC.UNDER$25
10-10679

Debtor.: NINA EVEQUE
Trustee: David Adler
Amount.:　　　　$1.51 CH
Check#.: 102

Total-> $1.51

FROM: ADLER

2-9-11
DEPOSITED TO 106000
DUE: NINA EVEQUE.

*Adler* (signature)

**David V. Adler,**
Trustee In Bankruptcy
P.O. Box 55129
Metairie, LA 70055
504-834-5465
832-5130 (fax)

February 8, 2011

Ms. R. Marla Hamilton
Clerk of Court
U. S. Bankruptcy Court
500 Poydras St., Rm. B-601
New Orleans, LA 70130

Re: **EVEQUE, NINA**
    Case No. **10-10679**

Dear Ms. Hamilton,

Pursuant to Federal Rules of Bankruptcy Procedure 3010(a), check (#102) has been issued payable to your office which represents a dividend issued to the following party:

| Claim No. | Claimant Name(s) | Amount |
|---|---|---|
| N/A | Nina Eveque | $ 1.51 |

The check represents surplus funds which would be returned to Debtor, except for the sum being less than $5.00.

Sincerely Yours,

*David V. Adler*

David V. Adler, Trustee